UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM FISCHER<br><br>　　Plaintiff,<br><br>　vs.<br><br>JOHN POTTER<br><br>　　Defendant. | NO. CV-08-387-JLQ<br><br>ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER |

**IT IS HEREBY ORDERED**:

　　1. The Parties' Joint Motion for Protective Order Re: Confidential and Personal Information of USPS Employees (Ct. Rec. 19) is **GRANTED**.

　　2. The court hereby **ADOPTS** the Parties' Joint Stipulated Protective Order (Ct. Rec. 19, Attach. 1).

　　The Clerk is hereby directed to enter this Order and furnish copies to counsel.

　　**DATED** this 9th day of November, 2009.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1