UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM FISCHER<br><br>　　Plaintiff,<br><br>　　vs.<br><br>JOHN POTTER<br><br>　　Defendant. | NO. CV-08-387-JLQ<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED**:

The Parties' Joint Stipulation for Order of Dismissal with Prejudice (Ct. Rec. 28), construed by the court as a Joint Motion, is **GRANTED**. The matter having been settled, the Clerk of this court shall enter judgment dismissing the Complaint (Ct. Rec. 1) and the claims therein with prejudice, without costs or attorney's fees to any party hereto.

The Clerk is hereby directed to enter this Order, enter judgment of dismissal with prejudice, furnish copies to counsel and close this file.

**DATED** this 15th day of March, 2010.

　　　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1

ORDER - 2