AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

WILLIAM FISCHER,

        Plaintiff,

            v.

JOHN POTTER,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-08-387-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED dismissing the Complaint and the claims therein with prejudice, without costs or attorney's fees to any party hereto. File closed.

| | |
|---|---|
| March 15, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cheryl Switzer |
| | *(By) Deputy Clerk* |
| | Cheryl Switzer |